# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **KYLE ALLEN MOSTAD,** <br><br> **Defendant.** | **CR 24-06-H-BMM** <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture and Judgment (Doc. 33.)  The Court having read said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 924(d);

THAT a Preliminary Order of Forfeiture was entered on August 26, 2024;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1), and Fed. R. Crim. P. 32.2(b)(6);

1

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

- Marlin, model 60, .22 caliber semi-automatic rifle (S/N: 92437747)
- Ithaca, model 37, 20-gauge slide action shotgun (S/N: 371184447)
- FEG, model PJK-9HP, 9 mm caliber semi-automatic pistol (S/N: B12714)
- 119 rounds of assorted ammunition

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 4th day of November, 2024.

_____
Brian Morris, Chief District Judge
United State District Court